# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2007

134080

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RICHARD SMITH,
        Plaintiff-Appellee,

v

MARTINREA INTERNATIONAL, INC.,
        Defendant-Appellant.

SC: 134080
COA: 275860
Washtenaw CC: 06-000362-AV

_____/

On order of the Court, the application for leave to appeal the April 27, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2007

Clerk

t1114